**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ASHLEY A. DEHASS, | ) | Bankruptcy No.23-20900 CMB |
| | ) | |
| Debtor. | ) | Chapter 7 |
| ASHLEY A. DEHASS, | ) | |
| | ) | |
| Movant, | ) | Docket No. 13 |
| vs. | ) | Related to Docket No. 1 |
| | ) | |
| NO RESPONDENTS. | ) | Hearing Date & Time: |

**STATUS REPORT**

Attached please find a Disclosure Requirements Regarding Bifurcated Fee Agreements that the Debtor entered into prior to the filing of their Bankruptcy.

Respectfully submitted,

/s/ Rodney D. Shepherd
Rodney D. Shepherd
Attorney for the Debtor
PA I.D. No. 56914
rodsheph@cs.com
2403 Sidney Street
Suite 208
Pittsburgh, PA 15203
(412) 471-9670