# RODNEY D. SHEPHERD

River Park Commons, 2403 Sidney Street; Suite 208 ● Pittsburgh, PA 15203 ● (412) 471-9670

### DISCLOSURES REQUIREMENTS
### REGARDING
### BIFURCATED FEE AGREEMENTS

1. This **Bifurcated Fee Agreement** is being offered as a way of financing your legal fee over a 12 month period in the form of monthly installments through a company that will collect from you the monthly installment payments. However, it should be pointed out that this fee arrangement should be considered a **last resort and not simply a first choice.**

2. Attorney Shepherd has met with the debtor **before** any **fee agreement** was signed and has informed them that an **upfront payment** of the fee would be the **preferred method of payment,** but after a **detailed discussion** is **fully satisfied** that the debtor is **not in a position** to make the **upfront payment** and that the **use** of the **bifurcated fee agreement** would be in their **best interest.**

3. The normal legal fee that Attorney Shepherd charges is an **upfront** fee of **$1,425.00**, however under the **financing option** the legal fee will be **$1,708.58**.

4. If the **financing option** is chosen, then there is an **extra fee** of **$283.58**. This fee includes a finance charge of **19.9%** of the total amount financed, which in this case is **$1,708.58**.

5. Both the **pre-filing** and the **post-filing bifurcated fee agreements** are being provided to the debtor for review **prior** to any entry into these written agreements or the **filing of the bankruptcy case.**

6. Should an individual choose the **Bifurcated Fee Agreement and/or Arrangement** it should be noted that the fee under a **post-filing agreement** (*will not be discharged*) in Bankruptcy.

7. In the event that this **Bifurcated Fee Agreement and/or Arrangement** is chosen a person will have **14 days** to sign a **post-filing agreement** or **14 days** to rescind their entry into the **post-filing agreement** or their overall selection of this **financing arrangement.**

8. If an individual chooses the **financing arrangement**, then the **legal fee** can be financed over the 12 month period, however the court filing fee of **$338.00** must be paid **upfront** at the time of the Bankruptcy Filing and **may not** be financed.

9. By entering into the **pre-filing** and **post-filing agreements** a relationship is being developed with a **factoring company** named **Fresh Start Funding**. This creates the potential for a conflict of interest with respect to the attorney-client relationship. However, in our particular relationship all information that you disclose to Attorney Shepherd is **strictly confidential** and will not be disclosed to Fresh Start Funding or any other third-party. The **only information** that will be

Rodney D. Shepherd
2403 Sidney Street
Suite 208, Pittsburgh, PA 15203

Page: 2

April 18, 2023

disclosed to Fresh Start Funding will be **financial information** used to set-up an ACH
(automatic deduction), such as: name and address of bank, checking account information,
including routing number and account number, debit card information, social security number,
birth date, telephone number and email.

10. Attorney Shepherd has reviewed how the applicable **PA Rules of Professional Conduct** may
impact any **bifurcated fee arrangement** due to the involvement of **Fresh Start Funding** and
any **ethical concerns and/or violations** are not implicated.

11. The Debtor has been fully informed about the use of the **factoring company, Fresh Start
Funding** and gives their **informed consent** of such use.

Date: 4-18-23     _____
                  Ashley A. Dehass

Date: 4-18-23     _____
                  Rodney D. Shepherd
                  Attorney for the Debtor